# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| Tahara Rice, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 2:21-cv-04093-WJE |
| ) | |
| ) | |
| Shelter Mutual Insurance Company, ) | |
| ) | |
| Defendant. ) | |

## CLERK'S JUDGMENT

___  Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x_  Decision by Court. This action came before the Court. The issues have been determined and a decision has been made.

IT IS HEREBY ORDERED that Shelter's motion to dismiss (doc. 7) is GRANTED.

PAIGE WYMORE-WYNN
Court Clerk

*Angel L. Geiser*

ENTERED ON: June 12, 2021          Deputy Clerk